**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DONALD STEVEN BRYAN**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:25-CV-5050**

**THE BOND ISSUER OF MATHEW WHITAKER,**
**Springdale Police Department;**
**THE BOND ISSUER OF JOSH KIRMER,**
**Springdale Police Department;**
**THE BOND ISSUER OF MITCHELL HAMMONS,**
**Springdale Police Department; and**
**THE BOND ISSUER OF JOHN BILLINGSLEY,**
**Springdale Police Department**                                                **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and neither party has filed objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. Upon preservice screening, **IT IS ORDERED** that case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED** on this 10th day of April, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE